106

132 A.3d 454

In re Kelly S. BALLENTINE, Magisterial District Judge District Court 02–2–01 Second Judicial District Lancaster County.

Appeal of Kelly S. Ballentine, Magisterial District Judge.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

## ORDER

PER CURIAM.

AND NOW, this 16th day of February 2016, the Order of the Court of Judicial Discipline is AFFIRMED.

Justice EAKIN did not participate in the consideration or decision of this matter.